Case 2:08-cv-00117-TJW-CE    Document 1-2    Filed 03/19/2008    Page 1 of 1 TJW

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFF**

KLAUSNER TECHNOLOGIES, INC.

(b)    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

(c)   ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

S. Calvin Capshaw
Brown McCarroll, L.L.P.
P. O. Box 3999
Longview, Texas 75606-3999
Phone: (903) 236-9800

**DEFENDANTS**

APPLE INC. and AT&T MOBILITY LLC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
EASTERN DISTRICT (IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

RECEIVED
MAR 19 2008

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

2 U.S. Government Defendant

4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury – Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | 365 Personal Injury – Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | | 640 R.R. & Truck | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERY** | 650 Airline Regs | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | X 830 Patent | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 840 Trademark | 850 Securities/Commodities/ Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | | | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 861 HIA (1 395ff) | 892 Economic Stabilization Act |
| | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | **HABEAS CORPUS:** | 790 Other Labor Litigation | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing Accommodations | 530 General | 791 Empl. Ret. Inc Security Act | | 950 Constitutionality of State State Statutes |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | **FEDERAL TAX SUITS** | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 290 All Other Real Property | | 550 Civil Rights | | 871 IRS – Third Party 26 USC 7609 | |
| | | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒1 Original Proceeding    2 Removed from State Court    3 Remanded from Appellate Court    4 Reinstated or Reopened    5 Transferred from another district (specify)    6 Multidistrict Litigation    7 Appeal to District Judge From Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 U.S. § 271 – Patent Infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER FR C P 23

DEMAND  Injunction and Demand CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ YES    NO

## VII. RELATED CASE(S) (See Instructions):

IF ANY    C.A. 2:06-cv-275 (LED/JDL); Klausner Technologies, Inc. v. Vonage Holdings Corp., et al; In the United States District Court for the Eastern District of Texas, Marshall Division
C.A. 2:07-cv-525 (DF); Klausner Technologies, Inc. v. Apple Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division

DATE   March 19, 2008          SIGNATURE OF ATTORNEY OF RECORD

FOR   OFFICE   USE   ONLY    RECEIPT   # _____    AMOUNT _____    APPLYING   IFP
_____ JUDGE _____ MAG JUDGE _____