UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Apple Inc., a California corporation; AT&T Mobility LLC, a Delaware limited liability company;<br><br>　　　　Defendants. | CASE NO. **2-08 CV-117**<br><br>**Jury Trial Demanded.** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Klausner Technologies, Inc. hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Klausner Technologies, Inc. has no parent and there is no publicly held corporation that owns 10% or more of its corporate stock.

1

Dated: March 19, 2008

Respectfully submitted,

By: _____
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com

Franklin Jones, Jr.
State Bar No. 00000055
Email: maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 W. Houston St.
P. O. Drawer 1249
Marshall, TX 75670
Phone: 903-938-4395
Fax: 903-938-3360

Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Robert M Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Phone: (903) 531-3535
Fax: (903) 533-9687

Gregory S. Dovel
State Bar No. 135387
Email: greg@dovellaw.com
Sean A. Luner
State Bar No. 165443
Email: luner@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066
Fax: (310) 657-7069

ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC