AO 120 (Rev 3/04j)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U S C § 290 and/or 15 US C. § 1116 you are hereby advised that a court action has been filed in the U S. District Court for the Eastern District of Texas on the following   ☑ Patents or   ☐ Trademarks:

2-08 CV-117

| DOCKET NO. | DATE FILED | U S DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF<br>Klausner Technologies, Inc | DEFENDANT<br>Apple Inc. and AT&T Mobility LLC |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,283,818 | February 1, 1994 | Klausner Technologies, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY:<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1-Upon initiation of action, mail this copy to Director     Copy 3-Upon termination of action mail this copy to Director
Copy 2-Upon filing document adding patent(s), mail this copy to Director     Copy 4-Case file copy