IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York Corporation | § § § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO: 2:08cv117 - (TJW-CE) |
| APPLE, INC., a California corporation; AT&T MOBILITY, LLC, a Delaware limited liability company | § § § § § | JURY DEMANDED |
| Defendants | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff, Klausner Technologies, Inc., for the purpose of receiving notices from the Court.

Dated: April 10, 2008             Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Plaintiff,
Klausner Technologies, Inc.

-1-

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this April 10, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                */s/ Robert Christopher Bunt*
                                                Robert Christopher Bunt