IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | § § § | |
| Plaintiff, | § | C.A. 2:08-cv-117 (TJW/CE) |
| | § | |
| vs. | § | (JURY TRIAL) |
| | § | |
| Apple Inc., a California corporation; AT&T Mobility LLC, a Delaware limited liability company; | § § § § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS

COMES NOW Plaintiff, Klausner Technologies, Inc., pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), and respectfully moves the Court to dismiss with prejudice all claims asserted by Plaintiff, Klausner Technologies, Inc., against Defendants, Apple Inc. and AT&T Mobility LLC, and in support thereof would respectfully show the Court as follows:

I.

All matters in controversy between Plaintiff, Klausner Technologies, Inc., and Defendants, Apple Inc. and AT&T Mobility LLC, have been settled. Defendants, Apple Inc. and AT&T Mobility LLC, have neither answered nor filed a motion for summary judgment in this action. Plaintiff, Klausner Technologies, Inc., therefore moves to dismiss all claims asserted against Defendants, Apple Inc. and AT&T Mobility LLC with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Plaintiff, Klausner Technologies, Inc., further moves that all attorneys fees and costs of court be borne by the party that incurred them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Klausner Technologies, Inc. prays that all claims asserted against Defendants, Apple Inc. and AT&T Mobility LLC be dismissed with prejudice, with all attorneys fees and costs of court being borne by the party that incurred them.

Dated: June 16, 2008                               Respectfully submitted,


By:  /s/ Elizabeth L. DeRieux
     S. Calvin Capshaw
     State Bar No. 03783900
     Email: ccapshaw@capshawlaw.com
     Elizabeth L. DeRieux
     State Bar No. 05770585
     Email: ederieux@capshawlaw.com
     Capshaw DeRieux, LLP
     1127 Judson Road, Suite 220
     Longview, TX 75601
     Telephone: (903) 236–9800
     Facsimile: (903) 236-8787

     Franklin Jones, Jr.
     State Bar No. 00000055
     Email: maizieh@millerfirm.com
     Jones & Jones, Inc., P.C.
     201 W. Houston St.
     P.O. Drawer 1249
     Marshall, TX 75670
     Telephone: (903) 938–4395
     Facsimile: (903) 938–3360

Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Andrew Thompson Gorham
State Bar No. 24012715
Email: tgorham@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531–3535
Facsimile: (903) 533–9687

Gregory S. Dovel
State Bar No. 135387
Email: greg@dovellaw.com
Sean A. Luner
State Bar No. 165443
Email: sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656–7066
Facsimile: (310) 657–7069

**ATTORNEYS FOR PLAINTIFF,
KLAUSNER TECHNOLOGIES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux