IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Apple Inc., a California corporation; AT&T Mobility LLC, a Delaware limited liability company; <br><br> Defendants. | § § § § § § § § § § § § § | C.A. 2:08-cv-117 (TJW/CE) <br><br> (JURY TRIAL) |

## **ORDER**

On this day came to be considered by the Court Plaintiff's Motion to Dismiss Defendants Apple Inc. and AT&T Mobility LLC with prejudice. It appears to the Court that the Motion to Dismiss Defendants Apple Inc. and AT&T Mobility LLC with prejudice is well-taken and should be granted, and that Plaintiff's claims against Defendants, Apple Inc. and AT&T Mobility LLC, should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the claims asserted by Plaintiff against Defendants, Apple Inc. and AT&T Mobility LLC, should be dismissed with prejudice, with all attorneys fees and costs of court being borne by the party that incurred them.

SIGNED this 20th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE